# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| GILAD SHREM, *in his individual capacity and on behalf of all similarly situated consumers*,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and WESTLAKE FINANCIAL SERVICES, INC.,<br><br>    Defendants. | Case No. 0:23-cv-61268 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court and states as follows:

1. Experian is a named Defendant in Civil Case No. CACE 23-014356 filed by Plaintiff Gilad Shrem ("Plaintiff") in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida (hereinafter, "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the Circuit Court of Broward County on June 6, 2023. *See* **Exhibit A.**

3. This Notice is being filed with this Court within thirty (30) days after Experian was served on June 13, 2023, with a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action against Experian is based.

4. This Court is the proper district court for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendants in the State Court Action are attached hereto as **Exhibits A–C**.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims for relief against Experian, Trans Union, LLC and Westlake Financial Services, Inc. alleged in the State Court Action arise under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq*. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. Accordingly, the above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

8. Pursuant to 28 U.S.C. § 1446(b)(a)(2), Defendants Trans Union, LLC and Westlake Financial Services, Inc. consent to this removal. *See* **Exhibits D and E**.

9. Promptly after the filing of this Notice of Removal, Experian shall provide written notice of the removal to Plaintiff in the State Court Action and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated:  July 3, 2023                                   Respectfully submitted,

                                                       <u>/s/Michelle Hogan</u>
                                                       Michelle Hogan
                                                       Fla. Bar No. 1010992
                                                       Mhogan@jonesday.com
                                                       JONES DAY
                                                       600 Brickell Avenue, Suite 3300
                                                       Miami, FL 33131
                                                       Telephone:  305-714-9700
                                                       Facsimile:  305-714-9799

                                                       Will R. Taylor (*pro hac vice forthcoming*)
                                                       JONES DAY
                                                       717 Texas, Suite 3300
                                                       Houston, Texas 77002
                                                       Telephone: 1.832.239.3860
                                                       Facsimile: 1.832.239.3600
                                                       Email: wrtaylor@jonesday.com

                                                       *Attorneys for Defendant*
                                                       *Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished to counsel of record via the Florida Courts ePortal System on July 3, 2023.

/s/ *Michelle Hogan*
Michelle Hogan

*Attorney for Defendant*
*Experian Information Solutions, Inc.*