### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

GILAD SHREM, in his individual capacity )
and on behalf of all similarly situated )
consumers, )
                    )
       Plaintiff(s), )
                    )
-vs- )     **Case No.: 23-cv-61268-JEM**
                    )
EXPERIAN INFORMATION )
SOLUTIONS, INC., TRANS UNION, LLC, )
AND WESTLAKE FINANCIAL )
SERVICES, INC.. )
                    )
       Defendant. )

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, GILAD SHREM, and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 60 days.

**Dated: September 21, 2023,**

Respectfully submitted,

LEVY & PARTNERS, PLLC
*Attorneys for the Plaintiff*
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
(954) 727-8570 – Telephone
(954) 241-6857 – Facsimile
Primary: omar@lawlp.com
Secondary: frances@lawlp.com

**By: /s/ Omar M. Salazar II_____**
OMAR M. SALAZAR II, ESQ.
Fla. Bar No.: 0106175

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on September 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM / ECF.  I also hereby certify that a true and correct copy of the foregoing has been sent to the parties listed below either via transmission of Notices of Electronic Filing generated by CM / ECF or other authorized manner if not authorized to receive Notices of Electronic Filing.

**By: /s/ Omar M. Salazar II_____**
Omar M. Salazar II, Esq.

## SERVICE LIST

Case No.: 1:22-cv-23731-JEM

**MICHELLE HOGAN, ESQ.**
Jones Day- One Firm Worldwide
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Tel: 305-714-9768
    mhogan@jonesday.com

*Counsel for Defendant Experian Information Solutions, Inc.*