UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT AUDERDALE DIVISION

Case Number: 23-61268-CIV-MARTINEZ

GILAD SHREM,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and WESTLAKE FINANCIAL SERVICES, INC.,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice, (ECF No. 17). It is hereby:

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26 day of October, 2023.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record